**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,               )<br>                                                      )<br>            Plaintiff,                        )<br>                                                      )<br>vs.                                                 )<br>                                                      )<br>Victor Olea-Reynaga,                   )<br>                                                      )<br>            Defendant.                     )<br>                                                      )<br>_____ ) | CR 99-503-001-PHX-SMM<br><br><br><br>**ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on October 19, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3    DATED this 21st day of October, 2005.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge